# Eden Environmental Citizen's Group

May 19, 2025

Via US Mail, Certified

Attn: Douglas Van Lare
Title: EHS Specialist
Westak, Inc.
1272 Forgewood Ave
Sunnyvale, CA 94089

Louise Crisham
Title: CEO
1116 Elko Dr
Sunnyvale, CA 94089

Paracorp Incorporated
Agent for service
Westak, Inc.
318 N Carson St. #208
Carson City, NV 89701

**Re: 60-Day Notice of Violations and Intent to File Suit Under the Federal Water Pollution Control Act ("Clean Water Act")**

To Officers, Directors, Operators, Property Owners and/or Facility Managers of Westak, Inc.:

This letter is being sent to you on behalf of Eden Environmental Citizen's Group, LLC ("EDEN") to give legal notice that EDEN intends to file a civil action against Westak, Inc. ("Discharger") and its corporate officers and other legally responsible parties for violations of the Federal Clean Water Act ("CWA" or "Act") 33 U.S.C. § 1251 *et seq.,* that EDEN believes are occurring at the Westak, Inc. facility located at 1272 Forgewood Ave in Sunnyvale, California ("the Facility" or "the site").

EDEN is an environmental citizen's group established under the laws of the State of California to protect, enhance, and assist in the restoration of all rivers, creeks, streams, wetlands, vernal pools, and tributaries of California, for the benefit of its ecosystems and communities.

EDEN formally registered as a limited liability company (LLC) association with the California Secretary of State on June 22, 2018; however, since at least July 1, 2014, EDEN has existed as an unincorporated environmental citizen's association with members who remain associated with EDEN as of the date of this Notice.

As discussed below, the Facility's discharges of pollutants degrade water quality and harm aquatic life in the Facility's Receiving Waters, which are waters of the United States and described in Section II.B, below. EDEN has members throughout California. Some of EDEN's members live, work, and/or recreate near the Receiving Waters and use and enjoy the Receiving Waters for surfing, kayaking, camping, fishing, boating, swimming, hiking, cycling, bird watching, picnicking, viewing wildlife, and/or engaging in scientific study.

At least one of EDEN's current members has standing to bring suit against Westak, Inc., as the unlawful discharge of pollutants from the Facility as alleged herein has had an adverse effect particular to him or her and has resulted in actual harm to the specific EDEN member(s).

Further, the Facility's discharges of polluted storm water and non-storm water are ongoing and continuous. As a result, the interests of certain individual EDEN members have been, are being, and will continue to be adversely affected by the failure of Westak, Inc. to comply with the General Permit and the Clean Water Act.

CWA section 505(b) requires that sixty (60) days prior to the initiation of a civil action under CWA section 505(a), a citizen must give notice of intent to file suit. 33 U.S.C. § 1365(b). Notice must be given to the alleged violator, the U.S. Environmental Protection Agency ("EPA"), and the State in which the violations occur.

As required by CWA section 505(b), this Notice of Violation and Intent to File Suit provides notice to the Discharger of the violations which have occurred and continue to occur at the Facility. After the expiration of sixty (60) days from the date of this Notice of Violation and Intent to File Suit, EDEN intends to file suit in federal court against the Discharger under CWA section 505(a) for the violations described more fully below.

## I. THE SPECIFIC STANDARD, LIMITATION OR ORDER VIOLATED

EDEN's investigation of the Facility has uncovered significant, ongoing, and continuous violations of the CWA and the General Industrial Storm Water Permit issued by the State of California (NPDES General Permit No. CAS000001 [State Water Resources Control Board ("SWRCB")] Water Quality Order No. 2015-0122-DWQ ("2015 Permit") and by Order No. 2018-0028-DWQ ("2018 Permit") as amended by Order WQ 2015-0122-DWQ & order WQ 2018-0028-DWQ (collectively, the "General Permit").

Information available to EDEN, including documents obtained from California EPA's online Storm Water Multiple Application and Reporting Tracking System ("SMARTS"), indicates that on or around May 7, 1992, Westak, Inc. submitted a Notice of Intent ("NOI") to be authorized to discharge storm water from the Facility. On or around February 10, 2015, Westak, Inc. submitted an NOI to be authorized to discharge storm water from the Facility under the 2015 Permit. Westak, Inc.'s assigned Waste Discharger Identification number ("WDID") is:

2 43I006896

As more fully described in Section III, below, EDEN alleges that in its operations of the Facility, Westak, Inc. has committed ongoing violations of the substantive and procedural requirements of the Federal Clean Water Act, California Water Code §13377; the General Permit, the Regional Water Board Basin Plan, the California Toxics Rule (CTR) 40 C.F.R. § 131.38, and California Code of Regulations, Title 22, § 64431.

## II. THE LOCATION OF THE ALLEGED VIOLATIONS

### A. The Facility

The location of the point sources from which the pollutants identified in this Notice are discharged in violation of the CWA is Westak, Inc.'s permanent facility address of 1272,1274 and 1276 Forgewood Ave in Sunnyvale, California.

Westak, Inc. Facility is an establishment primarily engaged in manufacturing printed circuit boards.

Facility operations are covered under Standard Industrial Classification Code (SIC)

**3672 - Printed Circuit Boards**

Based on the EPA's Industrial Storm Water Fact Sheet for Sector AC – Electronic and Electrical Equipment and Components, polluted discharges from operations at the Facility contain galvanized metals such as chromium; heavy metals, such as copper toxic metals, such as cadmium; total suspended solids ("TSS"); alkalinity (pH imbalances); and oil and grease ("O&G"). Many of these pollutants are on the list of chemicals published by the State of California as known to cause cancer, birth defects, and/or developmental or reproductive harm.

Information available to EDEN indicates that the Facility's industrial activities and associated materials are exposed to storm water, and that each of the substances listed on the EPA's Industrial Storm Water Fact Sheet is a potential source of pollutants at the Facility.

### B. The Affected Receiving Waters

The Facility discharges into a municipal storm drain system, which then discharges to the Saratoga Creek-Frontal San Francisco Bay Estuaries, a tributary of the San Francisco Bay ("Receiving Waters").

The San Francisco Bay is a water of the United States. The CWA requires that water bodies such as the San Francisco Bay meet water quality objectives that protect specific "beneficial uses." The Regional Water Board has issued the *San Francisco Bay Basin Water Quality Control Plan* ("Basin Plan") to delineate those water quality objectives.

The Basin Plan identifies the "Beneficial Uses" of water bodies in the region. The Beneficial Uses for the Receiving Waters downstream of the Facility include: commercial and sport fishing, estuarine habitat, fish migration, navigation, preservation of rare and endangered species, water contact and noncontact recreation, shellfish harvesting, fish spawning, and wildlife habitat. Contaminated storm water from the Facility adversely affects the water quality of the San Francisco Bay watershed and threatens the beneficial uses and ecosystem of this watershed.

Furthermore, the San Francisco Bay is listed for water quality impairment on the most recent 303(d)-list for the following: chlordane; dichlorodiphenyltrichloroethane (DDT); dieldrin; dioxin compounds (including 2,3,7,8-TCDD); furan compounds; invasive species; mercury; polychlorinated biphenyls (PCBs); PCBs (dioxin-like); selenium, and trash.

Polluted storm water and non-storm water discharges from industrial facilities, such as the Facility, contribute to the further degradation of already impaired surface waters, and harm aquatic dependent wildlife.

## III. VIOLATIONS OF THE CLEAN WATER ACT AND GENERAL PERMIT

### *A. Deficient/Invalid SWPPP and/or Site Map*

Westak, Inc.'s current Storm Water Pollution Prevention Plan ("SWPPP") and Site Map for the Facility are both inadequate and fail to comply with the requirements of the General Permit as specified in Section X of Order No. 2014-0057-DWQ, as follows:

(a) The Site Map does not include the minimum required components for Site Maps as indicated in Section X.E of the General Permit. Specifically, the Site Map fails to include the following:

1) notes, legends, a north arrow and other data to ensure the map is clear, legible and understandable;

2) the facility boundary;

3) storm water drainage areas within the facility boundary and portions of any drainage area impacted by discharges from surrounding areas;

4) the flow direction of each drainage area;

5) on-facility surface water bodies, if any;

6) areas of soil erosion, if any;

7) nearby water bodies such as rivers, lakes and creeks;

8) or municipal storm drain inlets that may receive the facility's industrial storm water discharges and authorized NSWDs;

9) locations of storm water collection and conveyance systems associated with discharge locations and direction of flow;

10) sample locations if different than the identified discharge locations;

11) locations and descriptions of structural control measures that affect industrial storm water discharges, authorized Non-Storm Water Discharges (NSWD's) and/or run-on, if any;

12) identification of all impervious areas of the facility, including paved areas, buildings, covered storage areas or other roofed structures;

13) locations where materials are directly exposed to precipitation and the locations where identified significant spills or leaks have occurred;

14) all areas of industrial activity subject to the General Permit.

(b) The SWPPP does not indicate any **contact information** (Section X.A.1);

(c) The SWPPP omits the **date that it was initially prepared** (Section X.A.10);

(d) The SWPPP fails to include the **date of each SWPPP Amendment** (Section X.A.10);

(e) The SWPPP fails to document the facility's **scheduled operating hours**, including irregular operating hours (i.e. temporary, intermittent, seasonal, weather dependent)

(Section X.D.2.d);

(f) The SWPPP fails to include an appropriate discussion of the **Industrial Materials** handled at the facility, including the locations where the materials are stored, received, shipped and handled, and the quantities and handling frequency of the Industrial Materials (Sections X.A.3, X.F);

(g) The SWPPP fails to discuss in detail a **Description of Potential Pollutant Sources** at the facility, including manufacturing, cleaning, maintenance, recycling, disposal, and any other activities related to each industrial process; and the type, characteristics, and approximate quantity of industrial materials used in or resulting from the process. Areas protected by containment structures and the corresponding containment capacity are also required to be identified and described. (X.G.1.a);

(h) The SWPPP fails to discuss in detail each **Material Handling and Storage Area** including: the type, characteristics, and quantity of industrial materials handled or stored; the shipping, receiving, and loading procedures; the spill or leak prevention and response procedures; and the areas protected by containment structures and the corresponding containment capacity. (X.G.1.b);

(i) The SWPPP fails to discuss in detail the **Dust and Particulate Generating Activities** that generate a significant amount of dust or particulate that may be deposited within the facility boundaries, including the discharge locations, the source type, and the characteristics of the dust or particulate pollutant. The Discharger shall ensure the SWPPP identifies any industrial activities and areas that are associated with other regulations or regulated by other permits (including, but not limited to, air quality permits) with the potential to expose pollutants to storm water. (X.G.1.c);

(j) The SWPPP fails to discuss in detail **Significant Spills and Leaks**. (X.G.1.d);

(k) The SWPPP fails to identify all **Non-Storm Water Discharges** (NSWDs) sources and drainage areas, including an evaluation of all drains (inlets and outlets) that identifies connections to the storm water conveyance system, and a description of how all unauthorized NSWDs have been eliminated (X.G.1.e);

(l) The SWPPP fails to discuss in detail **Erodible Surfaces**. (X.G.1.e);

(m) The SWPPP fails to include an adequate **Assessment of Potential Pollutant Sources** and a narrative assessment of all areas of industrial activity with potential industrial pollutant sources, (Section X.G.2);

(n) The **Minimum Best Management Practices** (BMPs) as indicated in the SWPPP are insufficient and do not comply with the minimum required categories as listed in the General Permit, which include Good Housekeeping, Preventive Maintenance, Spill and Leak Prevention and Response, Material Handling and Waste Management, Erosion and Sediment Controls, Employee Training Program and Quality Assurance and Record Keeping (Section X.H.1);

(o) The **Advanced BMP**s as identified in the SWPPP are inadequate to comply with the Best Available Technology ("BAT") and Best Conventional Pollutant Control Technology ("BCT") requirements of the General Permit to reduce or prevent discharges of pollutants in the Facility's storm water discharge in a manner that reflects best industry practice, considering technological availability and economic practicability and achievability, including Exposure Minimization BMPs, Storm Water Containment and Discharge Reduction BMPs or Treatment Control BMPs (Section X.H.2);

(p) The SWPPP fails to include a description of **Temporary Suspension of Industrial Activities**. (Section X.H.3);

(q) The SWPPP fails to describe in detail the **BMP Descriptions**. (Section X.H.4);

(r) The SWPPP fails to include a **BMP Summary Table** summarizing each identified area of industrial activity, the associated industrial pollutant sources, the industrial pollutants and the BMPs being implemented (Section X.H.4 and X.H.5);

(s) The SWPPP fails to include an appropriate **Monitoring Implementation Plan**, including an identification of team members assigned to conduct monitoring requirements, a description of all discharge locations, a discussion of Visual Observation procedures, justifications for alternative discharge locations, if any, procedures for field instrument calibration instructions, and an example Chain of Custody form to be used when handling and shipping water quality samples to the lab (Section I);

(t) The SWPPP fails to include an adequate discussion of the **Facility's receiving waters** (Section XI.B.6(e), Section X.G.2.ix);

(u) The SWPPP does not contain the proper **sampling parameters** for the Facility's SIC Code (Section XI.B.6.d, Table 1, Section XI); (TSS, pH, & Oil and Grease)

*(v)* The SWPPP does not contain the proper **sampling parameters** that include all potential pollutants present at the facility due to its industrial operations and industrial materials present at the facility (Section XI.B.6); *(should include Copper, Ammonia, N+N, Nickel, Total Phosphorus, based on Facility SWPPP "List Of*

*Pollutants With A Reasonable Potential To Be Present In Stormwater In Significant Quantities" on page 8 of 19)*

(w) The SWPPP does not contain the proper **sampling frequency information** (Section XI.B);

(x) The SWPPP fails to include an appropriate discussion of **Visual Observations** which must be performed at least once every calendar month (Section XI.A);

(y) The SWPPP fails to include detailed information about its **Pollution Prevention Team** (Section X.D);

(z) The SWPPP fails to discuss the **Annual Comprehensive Facility Compliance Evaluation** (Section X.A.9).

Failure to develop or implement an adequate SWPPP is a violation of Sections II.B.4.f and X of the General Permit.

***B. <u>Failure to Develop, Implement and/or Revise an Adequate Monitoring and Reporting Program Pursuant to the General Permit</u>***

Section XI of the General Permit requires Dischargers to develop and implement a storm water monitoring and reporting program ("M&RP") prior to conducting industrial activities. Dischargers have an ongoing obligation to revise the M&RP as necessary to ensure compliance with the General Permit.

The objective of the M&RP is to detect and measure the concentrations of pollutants in a facility's discharge, and to ensure compliance with the General Permit's Discharge Prohibitions, Effluent Limitations, and Receiving Water Limitations. An adequate M&RP ensures that BMPs are effectively reducing and/or eliminating pollutants at the Facility, and it must be evaluated and revised whenever appropriate to ensure compliance with the General Permit.

1. <u>Failure to Collect and Analyze the Required Number of Storm Water Samples</u>

In addition, EDEN alleges that Westak, Inc. has failed to provide the Regional Water Board with the minimum number of annual documented results of Facility run-off sampling as required under Sections XI.B.2 and XI.B.11.a of Order No. 2014-0057-DWQ, in violation of the General Permit and the CWA.

Section XI.B.2 of the General Permit requires that all Dischargers collect and analyze storm water samples from two Qualifying Storm Events ("QSEs") within the first half of each

reporting year (July 1 to December 31), and two (2) QSEs within the second half of each reporting year (January 1 to June 30).

Section XI.C.6.b provides that if samples are not collected pursuant to the General Permit, an explanation must be included in the Annual Report.

As of the date of this Notice, Westak, Inc. has failed to upload into the SMARTS database system:

a. Two storm water sample analyses for the time period July 1, 2015, through December 31, 2015;

b. Two storm water sample analyses for the time period July 1, 2017, through December 31, 2017;

c. One storm water sample analysis for the time period July 1, 2018, through December 31, 2018.

d. One storm water sample analysis for the time period July 1, 2019, through December 31, 2019;

e. One storm water sample analysis for the time period January 1, 2020, through June 30, 2020.

f. One storm water sample analysis for the time period July 1, 2020, through December 31, 2020;

g. Two storm water sample analyses for the time period January 1, 2021, through June 30, 2021.

h. Two storm water sample analyses for the time period January 1, 2022, through June 30, 2022.

i. One storm water sample analysis for the time period July 1, 2023, through December 31, 2023;

j. One storm water sample analysis for the time period January 1, 2024, through June 30, 2024.

*(A Chart of the above narration is provided for further reference)*

| **Reporting Year** | QSE's Sampled in First Half | QSE's Required First Half | **QSE's Missing First Half** | QSE's Sampled in Second Half | QSE's Required Second Half | **QSE's Missing Second Half** |
|---|---|---|---|---|---|---|
| 2015-16 | 0 | 2 | **2** | 2 | 2 | **0** |
| 2016-17 | 2 | 2 | **0** | 2 | 2 | **0** |
| 2017-18 | 0 | 2 | **2** | 2 | 2 | **0** |
| 2018-19 | 1 | 2 | **1** | 2 | 2 | **0** |
| 2019-20 | 1 | 2 | **1** | 1 | 2 | **1** |
| 2020-21 | 1 | 2 | **1** | 0 | 2 | **2** |
| 2021-22 | 2 | 2 | **0** | 0 | 2 | **2** |
| 2022-23 | 2 | 2 | **0** | 2 | 2 | **0** |
| 2023-24 | 1 | 2 | **1** | 2 | 2 | **0** |
| **Total QSE's Missing** | | | **8** | | | **5** |

*(A Chart of the above narration is provided for further reference)*

In summary, the Discharger has failed to upload **8** samples during the first half of the Reporting Year and **5** samples during the second half of the Reporting Year.

Furthermore, pursuant to data collected from the National Oceanic and Atmospheric Administration ("NOAA"), there were sufficient storm events occurring near 1272 Forgewood Ave in Sunnyvale during Facility operating hours within the reporting years where required stormwater sample collections were missed to have allowed the Facility to collect at least the minimum number of storm water samples required by the General Permit.

2. Failure to Collect Storm Water Run-Off Samples during Qualified Storm Events

Pursuant to Section XI.B.1 of the General Permit, a Qualified Storm Event (QSE) is a precipitation event that both produces a discharge for at least one drainage area at the Facility and is also preceded by 48 hours with no discharge from any drainage area.

The General Permit defines "drainage area" as the "area of land that drains water, sediment, pollutants, and dissolved materials to a common discharge location." Attachment C to General Permit-Glossary)

Westak, Inc.'s samples collected as listed below are not in compliance with the General Permit because they were not collected during Qualified Storm Events as defined by the General Permit:

| **Sample Date** | **QSE Info** |
|---|---|

| | |
|---|---|
| 01/06/2016 | Not a valid QSE – 2nd consecutive day of rainfall |
| 03/07/2016 | Not a valid QSE – 4th consecutive day of rainfall |
| 10/28/2016 | Not a valid QSE – 2nd consecutive day of rainfall |
| 02/07/2017 | Not a valid QSE – 6th consecutive day of rainfall |
| 02/20/2017 | Not a valid QSE – not preceded by 48 hours of no discharge |
| 01/08/2018 | Not a valid QSE – not preceded by 48 hours of no discharge |
| 03/01/2018 | Not a valid QSE – 3rd consecutive day of rainfall |
| 11/29/2018 | Not a valid QSE – 2nd consecutive day of rainfall |
| 01/16/2020 | Not a valid QSE – not preceded by 48 hours of no discharge |
| 01/05/2023 | Not a valid QSE – 2nd consecutive day of rainfall |
| 02/28/2023 | Not a valid QSE – 3rd consecutive day of rainfall |
| 12/20/2023 | Not a valid QSE – 4th consecutive day of rainfall |
| 01/23/2024 | Not a valid QSE – No recorded rainfall |
| 02/05/2024 | Not a valid QSE – 6th consecutive day of rainfall |

The 2015 Industrial General Permit (this General Permit) defines a QSE to provide clarity to Dischargers of when sampling is required. The previous permit required that Dischargers collect grab samples during the first hour of discharge that commenced during scheduled facility operating hours. These sample collection requirements were widely considered to be too rigid and out of step with other states' sample collection requirements. Since many storm events begin in the evening or early morning hours, numerous opportunities to collect samples were lost because Dischargers could not obtain samples during the first hour of discharge. Dischargers with facilities that have multiple discharge locations had difficulties collecting samples within such a short timeframe therefore affecting data quality. The previous permit required three working dry days before sampling and this General Permit defines this period as 48 hours; this timeframe was decreased to provide more opportunities for Dischargers to obtain samples.

This General Permit requires Dischargers to collect samples during scheduled facility operating hours from each drainage location within four hours of: (1) the start of the discharge from a QSE occurring during scheduled facility operating hours, or (2) the start of scheduled facility operating hours if the QSE occurred in the previous twelve (12) hours. The benefits of this sampling protocol: (a) allows a more reasonable amount of time to collect samples, (b) increases the likelihood for samples collected at discharge locations to be representative of the drainage area discharge characteristics, (c) increases the number of QSEs eligible for sample collection, and, (d) reduces the likelihood of Dischargers collecting samples with short-term concentration spikes.

Failure to sample on a QSE results in inaccurate sampling data. It also misrepresents the harmful pollutants present at the Facility. Harmful pollutants can be washed away into creeks, rivers, and oceans without any knowledge. This affects the Dischargers responsibility to ensure harmful pollutants are prevented from contaminating the waters of the United States.

3. Failure to Deliver Samples to a Laboratory within 48 Hours of Collection

Pursuant to Attachment H, Section 2 of the General Permit, Dischargers are to deliver storm water run-off samples to a qualified Laboratory within 48 hours of the date and time of physical sampling. Westak, Inc.'s samples listed below were not delivered to the Facility's Laboratory in that time frame:

| **Sample Date** | **Date Laboratory Received Sample** | **Days Late** |
|---|---|---|
| 10/28/2016 | 11/02/2016 | 3 |
| 03/01/2018 | 03/06/2018 | 3 |
| 01/16/2020 | 01/21/2020 | 3 |
| 12/27/2020 | 02/08/2021 | 41 |
| 12/23/2021 | 12/28/2021 | 3 |
| 12/01/2022 | 12/06/2022 | 3 |
| 12/27/2022 | 01/03/2023 | 5 |
| 01/05/2023 | 01/10/2023 | 3 |
| 02/28/2023 | 03/03/2023 | 3 |
| 12/20/2023 | 12/26/2023 | 3 |

Required holding times ensure that the sample is analyzed prior to any bio-degradation, oxidation, precipitation, sorption, volatilization, and other physical and chemical processes that may occur that can affect the integrity of the sample. Samples may become diluted and represent inaccurate data if taken to the lab past the required holding times.

4. Failure to Sample Correctly for the Parameter of pH

Pursuant to Section XI.C.2.a of the General Permit, the storm water sample "holding" time for pH analysis is 15 minutes. The following laboratory reports showed evidence that the litmus test for the Facility's pH was not conducted within the required 15-minute holding time[1]:

| **Sample Date** | **Laboratory Report Date** |
|---|---|
| 01/06/2016 | 01/21/2016 |
| 03/07/2016 | 03/23/2016 |
| 10/28/2016 | 11/16/2016 |
| 12/09/2016 | 12/20/2016 |
| 02/07/2017 | 02/20/2017 |

[1] It is shown on the Chain of Custody reports in the sampling method of pH as "SM 9040" which refers to the standard method used to measure the pH of a solution in a laboratory. Samples collected after 12/13/2021 showed method "SM4500H+B" which is typically the method of using a pH meter.

| | |
|---|---|
| 02/20/2017 | 02/28/2017 |
| 01/08/2018 | 01/24/2018 |
| 03/01/2018 | 03/20/2018 |
| 11/29/2018 | 12/18/2018 |
| 01/15/2019 | 01/31/2019 |
| 05/16/2019 | 06/03/2019 |
| 12/04/2019 | 12/18/2019 |
| 01/16/2020 | 02/07/2020 |
| 12/27/2020 | 02/26/2021 |
| 12/13/2021 | 01/12/2022[2] |
| 12/28/2021 | 01/14/2022[3] |
| 12/01/2022 | 12/20/2022 |
| 12/27/2022 | 01/10/2023[4] |
| 01/05/2023 | 01/24/2023 |
| 02/28/2023 | 03/17/2023 |
| 12/20/2023 | 01/11/2024 |
| 01/22/2024 | 02/06/2024 |
| 02/05/2024 | 02/20/2024 |

It is highly difficult to collect samples of all drainage areas and deliver them to the Laboratory within 15-minutes. The conventional method to obtain analytical results of pH withing the 15-minute holding time is by using pH test strips or by having a calibrated pH meter. The Discharger has failed to do so. This is evident by the Lab Reports stating that pH was analyzed outside the 15-minute holding time.

Furthermore, the Discharger's Chain of Reports did not include a field pH measurement. And also, the laboratory reports indicate that the pH analyzed at the lab instead of the field.

5. Failure to Utilize the Correct Parameter Test Method

Table 2, Section XI.B.11 of the General Permit, specifies particular Test Methods for required sampling parameters, as listed below.

6. Failure to Upload Storm Water Sample Analyses (Ad Hoc Data) within 30 Days

Section XI.B.11.a of the General Permit requires Dischargers to submit all sampling and analytical results for all individual or Qualified Combined Samples via SMARTS within 30 days

[2] Although the testing method is "SM4500H+B", there is no indication on the Chain of Custody reports attached to the Lab Reports that the sampler conducted the pH reading at the time of sampling.
[3] The Lab Report showed the test method for pH being E150.1 which is not an approved testing method according to the IGP. (XI.C.2)
[4] The Lab switched back to SM4500H+B although instructed by the Discharger to sample using method "E150.1"

of obtaining all results for each sampling event. According to a publication by State Water Resources Control Board titled: *Discharger's Guide To The SMARTS Database – **Ad Hoc Monitoring Report***[5], an Ad Hoc Report is used to submit monitoring results through SMARTS. In addition, only the LRP or the DAR may certify and submit these reports. A Discharger must manually enter these results in the SMARTS system as referenced in the publication. It is not sufficient to simply upload laboratory reports.

Westak, Inc. failed to upload into SMARTS within 30 days the following sampling and analytical results pursuant to Section XI.B.11.a of the General Permit:

| **Sample Date** | **Date of Laboratory Report** | **Date Uploaded into SMARTS** | **Length of Time Late**[6] |
|---|---|---|---|
| 01/06/2016 | 01/21/2016 | NOT UPLOADED | 3391 |
| 03/07/2016 | 03/23/2016 | NOT UPLOADED | 3330 |
| 10/28/2016 | 11/16/2016 | NOT UPLOADED | 3095 |
| 12/09/2016 | 12/20/2016 | NOT UPLOADED | 3053 |
| 02/07/2017 | 02/20/2017 | NOT UPLOADED | 2993 |
| 02/20/2017 | 02/28/2017 | NOT UPLOADED | 2980 |
| 01/08/2018 | 01/24/2018 | NOT UPLOADED | 2658 |
| 03/01/2018 | 03/20/2018 | NOT UPLOADED | 2606 |
| 11/29/2018 | 12/18/2018 | NOT UPLOADED | 2333 |
| 01/15/2019 | 01/31/2019 | NOT UPLOADED | 2286 |
| 05/16/2019 | 06/03/2019 | NOT UPLOADED | 2165 |
| 12/04/2019 | 12/18/2019 | NOT UPLOADED | 1963 |
| 01/16/2020 | 02/07/2020 | NOT UPLOADED | 1920 |
| 12/27/2020 | 02/26/2021 | NOT UPLOADED | 1574 |
| 12/13/2021 | 01/12/2022 | NOT UPLOADED | 1223 |
| 12/28/2021 | 01/14/2022 | NOT UPLOADED | 1218 |
| 12/01/2022 | 12/20/2022 | NOT UPLOADED | 870 |
| 12/27/2022 | 01/10/2023 | NOT UPLOADED | 844 |
| 01/05/2023 | 01/24/2023 | NOT UPLOADED | 835 |
| 02/28/2023 | 03/17/2023 | NOT UPLOADED | 778 |
| 12/20/2023 | 01/11/2024 | NOT UPLOADED | 486 |
| 01/23/2024 | 02/06/2024 | NOT UPLOADED | 453 |
| 02/05/2024 | 02/20/2024 | NOT UPLOADED | 439 |

[5] https://www.waterboards.ca.gov/water_issues/programs/stormwater/docs/dischargers_guide_adhocreport.pdf
[6] Since 04/21/2025, the date of this notice.

Failure to upload samples within 30 days of obtaining the Laboratory results affects the SMARTS system algorithm that automatically calculates when a discharger enters into Level 1 status and notifies the Water Board.

7. Failure to Upload Laboratory Reports within 30 Days

Although not expressly required in the IGP, uploading laboratory reports within 30 days has become a convention in the industry. This allows citizens groups and the Water Board to verify that storm water analysis is entered correctly into the SMARTS system.

| **Sample Date** | **Date of Laboratory Report** | **Date Uploaded into SMARTS** | **Length of Time Late** |
|---|---|---|---|
| 01/06/2016 | 01/21/2016 | 06/07/2016 | 151 |
| 03/07/2016 | 03/23/2016 | 06/07/2016 | 90 |
| 10/28/2016 | 11/16/2016 | 09/19/2017 | 324 |
| 12/09/2016 | 12/20/2016 | 09/19/2017 | 282 |
| 02/07/2017 | 02/20/2017 | 09/19/2017 | 222 |
| 02/20/2017 | 02/28/2017 | 09/19/2017 | 209 |
| 01/08/2018 | 01/24/2018 | 06/12/2018 | 153 |
| 03/01/2018 | 03/20/2018 | 06/12/2018 | 101 |
| 11/29/2018 | 12/18/2018 | 04/23/2019 & 08/06/2019 | 143 |
| 01/15/2019 | 01/31/2019 | 04/23/2019 & 08/06/2019 | 96 |
| 05/16/2019 | 06/03/2019 | 06/18/2019 & 08/06/2019 & 06/30/2020 | 31 |
| 12/04/2019 | 12/18/2019 | 01/07/2020 | 32 |
| 01/16/2020 | 02/07/2020 | 06/15/2020 | 149 |
| 12/27/2020 | 02/26/2021 | 07/15/2021 | 198 |
| 12/13/2021 | 01/12/2022 | 07/13/2022 | 210 |
| 12/28/2021 | 01/14/2022 | 07/13/2022 | 195 |
| 12/01/2022 | 12/20/2022 | 02/14/2023 & 07/25/2023 | 73 |
| 12/27/2022 | 01/10/2023 | 02/14/2023 & 07/25/2023 | 47 |
| 01/05/2023 | 01/24/2023 | 02/14/2023 & 07/25/2023 | 38 |
| 02/28/2023 | 03/17/2023 | 07/25/2023 | 145 |
| 12/20/2023 | 01/11/2024 | 07/11/2024 | 202 |
| 01/22/2024 | 02/06/2024 | 07/11/2024 | 169 |
| 02/05/2024 | 02/20/2024 | 07/11/2024 | 155 |

8. Failure to Manually Upload Ad Hoc Monitoring Data to Avoid ERA Requirements

Section XI.B.11.a of the General Permit requires Dischargers to upload all sampling and analytical data results for individual or Qualified Combined Samples into the SMARTS system. An Ad Hoc Report is used to submit these monitoring results to SMARTS. A Discharger must manually enter the test results into the SMARTS system. It is not sufficient to simply upload individual laboratory reports into the SMARTS system. Analytical results that are manually uploaded will be averaged automatically by the SMARTS system and are used to determine whether a Facility has entered into Level 1 or 2 Exceedance Response Action ("ERA") status.

Here, Westak, Inc. knowingly failed to manually upload the sampling and analytical data results for the laboratory reports as described above. By not uploading the Ad Hoc Monitoring Data, Westak, Inc. has manipulated the SMARTS system so that the automatic NAL calculations do not take place and do not flag the Facility as needing to complete a Level 1 or 2 ERA Report.

The following Level 1 & Level 2 ERA Reports were not automatically generated:

1. **Level 1 Status for Copper for the 2016-17 Reporting Year for the exceedances of Copper during the 2015-16 Reporting Year.**

2. **Level 2 Status for Copper for the 2017-18 Reporting Year for the exceedances of Copper during the 2016-17 Reporting Year. pH 2021-22.**

3. **Level 1 Status for pH for the 2022-23 the (2) instantaneous exceedances for pH during the 2021-22 Reporting Year.**

Section XXI.N of the General Permit states the Clean Water Act provides that any person that knowingly makes a false material statement, representation, or certification in any record or other document submitted or required to be maintained under this General Permit, including reports of compliance or noncompliance shall upon conviction, be punished by a fine of not more than $10,000 or by imprisonment for not more than two years or by both.

9. Failure to Collect Samples from Each Drainage Area at all Discharge Locations

Section XI.B.4 of the General Permit requires Dischargers to collect samples from all discharge locations, regardless of whether the discharges are substantially similar. Dischargers may analyze a combined sample consisting of equal volumes, collected from as many as four substantially similar discharge locations, provided that the Discharger submits a Representative Sampling Reduction Justification form with its sample analysis, and the samples are combined in the lab in accordance with Section XI.C.5 of the General Permit. Furthermore, Representative

sampling is only allowed for sheet flow discharges or discharges from drainage areas with multiple discharge locations.

According to Westak, Inc., Inc.'s current SWPPP in section 2.4 states "*The drainage pathways, outfalls, and storm drains are depicted Attachment 1 is a Westak Facility Map and the immediately surrounding area.*" However, this is incorrect. Upon a further inspection of the Facility Site Map, there are no indications whatsoever of where the samples are to be taken.

Furthermore, the Laboratory Reports uploaded list (2) sampling locations from the Reporting Years 2015-16 through 2018-19 as:

**A. <u>1,2,3,4,5</u>**
**B. <u>6,7,8,9,10</u>**

Then, the Laboratory Reports list (2) different sampling locations for the Reporting Year 2019-20 as:

**C. <u>1276</u>**
**D. <u>1274</u>**

Then, the Laboratory Reports list (2) different sampling locations for the Reporting Year 2020-21 as:

**E. <u>1272</u>**
**F. <u>1274</u>**

Then, the Laboratory Reports list (2) different sampling locations for the Reporting Year 2021-22 as:

**G. <u>1276A</u>**
**H. <u>1272B</u>**

Then, the Laboratory Reports list (3) different sampling locations for the Reporting Year 2022-23 as:

**I. <u>1272</u>**
**J. <u>1274</u>**
**K. <u>1276</u>**

Then, the Laboratory Reports list (2) different sampling locations for the Reporting Year 20232-24 as:

**L. <u>1276</u>**
**M. <u>1272</u>**

Therefore, it is apparent that Westak chooses sampling locations as they see fit, rather than establishing definite sampling and monitoring locations as required per the General Permit.

Failure to collect samples from all discharge locations can misrepresent the pollutants present at the facility leading to inaccurate sampling data.

10. <u>Failure to Analyze Storm Water Samples for the Correct Parameters</u>

General Permit sections XI.B.6.a and XI.B.6.b require all Dischargers to analyze for the following three parameters, regardless of facility type: pH, Total Suspended Solids (TSS) and Oil & Grease (O&G).

Section XI.B.6.c of the General Permit requires Dischargers to analyze for any additional parameters identified by the Discharger on a facility-specific basis that serve as indicators of the presence of all industrial pollutants identified in the pollutant source assessment contained in the Facility's SWPPP.

The Facility's SWPPP is deficient in that it does not contain a valid pollutant source assessment. Furthermore, *waste printed circuit boards (PCBs) include a number of hazardous heavy metals, including copper (Cu), tin (Sn), lead (Pb), and others (Zn, Ni, Fe, Br, Mn, Mg etc.). These discarded metals without treatment threaten the economy, the environment, and human health*.[7] Therefore, Eden is of opinion and belief that Westak should be sampling for the heavy metals:

**Zinc (Zn), Iron (Fe), and Lead (Pb), Magnesium (Mg)**

Section XI.B.6.e of the General Permit requires Dischargers to analyze for any additional applicable industrial parameters related to receiving waters with 303(d) listed impairments or approved TMDLs based on the assessment in Section X.G.2.a.ix. The San Francisco Bay is impaired for Mercury. Therefore, Westak should be sampling for **Mercury** since that pollutant is present in industrial operations conducted at the Facility.

### *C. <u>Discharges In Violation of the General Permit</u>*

Except as authorized by Special Conditions of the General Permit, Discharge Prohibition Section III(B) of the General Permit prohibits permittees from discharging materials other than storm water (non-storm water discharges) either directly or indirectly to waters of the United States. Unauthorized non-storm water discharges must be either eliminated or permitted by a separate NPDES permit.

Information available to EDEN indicates that unauthorized non-storm water discharges occur at the Facility due to inadequate BMP development and/or implementation necessary to prevent these discharges.

[7] article published by Wiley Online Library on March 26, 2022 titled "Toxic Metal Recovery from Waste Printed Circuit Boards: A Review of Advanced Approaches for Sustainable Treatment Methodology"

EDEN alleges that the Discharger has discharged storm water containing excessive levels of pollutants from the Facility to its Receiving Waters during at least every significant local rain event over 0.1 inches in the last five (5) years.

EDEN hereby puts the Discharger on notice that each time the Facility discharges prohibited non-storm water in violation of Discharge Prohibition Section III(B) of the General Permit is a separate and distinct violation of the General Permit and Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

1. Discharges in Excess of Technology-Based Effluent Limitations

The Industrial General Permit includes technology-based effluent limitations, which prohibit the discharge of pollutants from the Facility in concentrations above the level commensurate with the application of best available technology economically achievable ("BAT") for toxic pollutants and best conventional pollutant control technology ("BCT") for conventional pollutants. (Section X.H.)

The EPA has published Benchmark values set at the maximum pollutant concentration levels present if an industrial facility is employing BAT and BCT, as listed in Table 2 of the General Permit. The General Permit includes "Numeric Action Levels" ("NALs") derived from these Benchmark values; however, the NALs do not represent technology-based criteria relevant to determining whether an industrial facility has implemented BMPs that achieve BAT/BCT. (Section I.M. (Finding 62)).

Westak, Inc.'s exceedances of Benchmark values identified in the table listed below, indicate that it has failed and is failing to employ measures that constitute BAT and BCT, in violation of the requirements of the Industrial General Permit. EDEN alleges and notifies Westak, Inc. that its storm water discharges from the Facility have consistently contained and continue to contain levels of pollutants that exceed Benchmark values as listed below.

These allegations are based on the Facility's self-reported data submitted to the Regional Water Board. Self-monitoring reports under the Permit are deemed "conclusive evidence of an exceedance of a permit limitation." *Sierra Club v. Union Oil,* 813 F.2d 1480, 1492 (9th Cir. 1988).

Westak, Inc.'s ongoing discharges of storm water containing levels of pollutants above EPA Benchmark values and BAT- and BCT-based levels of control also demonstrate that it has not developed and implemented sufficient BMPs at the Facility. EPA Benchmarks are relevant to the inquiry as to whether a facility has implemented BMPs. [*Cal. Sportfishing Prot. Alliance v. River City Waste Recyclers, LLC* (E.D.Cal. 2016) 205 F.Supp.3d 1128; *Baykeeper v. Kramer Metals, Inc.* (C.D.Cal. 2009) 619 F.Supp.2d 914, 925; *Waterkeepers Northern California v. AG Industrial Mfg. Inc.* (9th Cir. 2004) 375 F.3d 913, 919 (concentration levels in excess of EPA

benchmarks are evidence supporting the citizen plaintiff's contention that defendant did not have appropriate BMPs to achieve BAT/BCT).]

Westak, Inc.'s failure to develop and/or implement adequate BMPs and pollution controls to meet BAT and BCT at the Facility violates and will continue to violate the CWA and the Industrial General Permit each day the Facility discharges storm water without meeting BAT and BCT.

**2.** Discharges in Excess of Receiving Water Limitations

In addition to employing technology based effluent limitations, the Industrial General Permit requires dischargers to comply with Receiving Water Limitations. Receiving Water Limitations found in Section VI(B) of the General Permit prohibit storm water discharges and authorized non-storm water discharges to surface water that adversely impact human health or the environment.

Discharges that contain pollutants in concentrations that exceed levels known to adversely impact aquatic species and the environment also constitute violations of the General Permit Receiving Water Limitation.

Applicable Water Quality Standards ("WQS") are set forth in the California Toxics Rule ("CTR") and the Regional Basin Plan. Exceedances of WQS are violations of the Industrial General Permit, the CTR, and the Basin Plan. Industrial storm water discharges must strictly comply with WQS, including those criteria listed in the applicable Basin Plan. (See *Defenders of Wildlife v. Browner*, 191 F.3d 1159, 1166-67 (9th Cir. 1999).)

The Basin Plan establishes WQS for the San Francisco Bay and its tributaries, including but not limited to the following:

- Waters shall not contain substances in concentrations that result in the deposition of material that cause nuisance or adversely affect beneficial uses.
- Waters shall not contain suspended material in concentrations that cause nuisance or adversely affect beneficial uses.
- Waters shall be free of changes in turbidity that cause nuisance or adversely affect beneficial uses.
- All waters shall be maintained free of toxic substances in concentrations that are lethal to or that produce other detrimental responses in aquatic organisms.
- Surface waters shall not contain concentrations of chemical constituents in amounts that adversely affect any designated beneficial use.

Information available to EDEN indicates that the Facility's storm water discharges contain elevated concentrations of specific pollutants, as listed below. These polluted discharges can be acutely toxic and/or have sub-lethal impacts on the avian and aquatic wildlife in the Receiving Waters. Discharges of elevated concentrations of pollutants in the storm water from the Facility also adversely impact human health. These harmful discharges from the Facility are violations of the General Permit Receiving Water Limitation.

Further, EDEN puts Westak, Inc. on notice that the Receiving Water Limitations are independent requirements that must be complied with, and that carrying out the process triggered by exceedances of the NALs listed at Table 2 of the General Permit does not amount to compliance with the Receiving Water Limitations. The NALs do not represent water quality-based criteria relevant to determining whether an industrial facility has caused or contributed to an exceedance of a WQS, or whether it is causing adverse impacts to human health or the environment.

Section XX.B. of the General Permit provides that when a facility's industrial storm water discharges and/or authorized Non Storm Water Discharges (NSWD's) are determined to contain pollutants that are in violation of Receiving Water Limitations contained in Section VI, the Discharger must conduct a facility evaluation to identify pollutant source(s) within the facility that are associated with industrial activity and whether the BMPs described in the SWPPP have been properly implemented, assess its current SWPPP, and certify via SMARTS any additional BMPs identified which are necessary in order to meet the Receiving Water Limitations.

EDEN alleges that from at least 01/21/2016[8], to the present, Westak, Inc. has been in violation of the Receiving Water Limitations provision of Section VI of the General Permit, as evidenced by its exceedances of the applicable Water Quality Standards set forth in the Regional Basin Plan, indicated below.

Further, Westak, Inc. has failed to comply with Section XX.B of the General Permit. Failure to comply with the additional Water Quality-Based Corrective Action requirements listed in Section XX.B is an additional violation of the General Permit.

The following discharges of pollutants from the Facility have violated Discharge Prohibitions and Receiving Water Limitations of the General Permit and are evidence of ongoing violations of Effluent Limitations:

[8] Date of first Lab Report that contained the exceedance

**D. <u>Failure to Comply with Exceedance Response Action Requirements</u>**

As of July 1, 2015, the date the current General Permit became effective, all Dischargers were in "Baseline status" for all parameters listed in Table 2 of the Permit. (Section XII.B).

Pursuant to Section XII.C of the General Permit, a Discharger's Baseline status for any given parameter changes to "Level 1 status" if sampling results indicate either an annual average or instantaneous NAL exceedance for that same parameter.

Level 1 status commences on July 1 following the Reporting Year during which the exceedance(s) occurred, and the Discharger enters the Exceedance Response Action ("ERA") process. The ERA process requires the discharger to conduct a Level 1 ERA Evaluation, with the assistance of a Qualified Industrial Storm Water Practitioner ("QISP"), of the industrial pollutant sources at the Facility that are or may be related to the NAL exceedance(s), by October 1 following commencement of Level 1 status.

The Level 1 ERA Evaluation must include the identification of the corresponding BMPs in the SWPPP, as well as any additional BMPs and SWPPP revisions necessary to prevent future NAL exceedances and to comply with the requirements of the General Permit.

Based upon the Level 1 ERA Evaluation, the Discharger is required to, as soon as practicable, but no later than January 1 following commencement of Level 1 status, prepare a Level 1 ERA Report. (Section XII.C.2). The Level 1 Report must be prepared by a QISP and include a summary of the Level 1 ERA Evaluation, a detailed description of the necessary SWPPP revisions, and any additional BMPs for each parameter that exceeded an NAL.

The SWPPP revisions and additional BMP development and implementation must also be completed by January 1, and the Level 1 status discharger is required to submit via SMARTs the Level 1 ERA Report certifying that the Level 1 ERA Evaluation has been conducted, and necessary SWPPP revisions and BMP implementation has been completed. The certification also requires the QISP's identification number, name, and contact information (telephone number, e-mail address) no later than January 1 following commencement of Level 1 status.

A Discharger's Level 1 status for a parameter will return to Baseline status if a Level 1 ERA Report has been completed, all identified additional BMPs have been implemented, and results from four (4) consecutive qualified storm events that were sampled subsequent to BMP implementation indicate no additional NAL exceedances for that parameter.

A Discharger will enter Level 2 status if there is an NAL exceedance of the same parameter occurring during the time the Discharger is in Level 1 status.

If a Discharger enters into Level 2 Status, a Level 2 Action Plan must be certified and submitted to SMARTS by no later than January 1 following the Reporting Year in which the NAL exceedances occurred.

On January 1 of the reporting year following the submittal of the Level 2 ERA Action Plan, a Discharger with Level 2 status must certify and submit a Level 2 ERA Technical Report that includes three options for BMP demonstrations.

Dischargers who have submitted a Level 2 ERA Technical Report are required to annually update the report based on the new exceedances of the same parameter and same drainage area (with some caveats). If there are no changes and no additional exceedances, the Discharger must provide this certification in the Annual Report that there have been no changes warranting re-submittal of the Level 2 ERA Technical Report. (XII.D.3.c)

1. Failure to Submit Level 1 ERA Report

Based on the sample data summarized above, the Facility exceeded the Annual NAL for Copper for the reporting year 2015-16. These results elevated Westak, Inc. to Level 1 Status on July 1, 2016, pursuant to Section XII.C – Exceedance Response Actions -- of the General Permit.

Pursuant to Section XII(C)(2) of the General Permit, the Facility was required to have a QISP conduct an evaluation of the Facility by October 1, 2016, and to upload an adequate Level 1 ERA Report on or before January 1, 2017.

As of the date of this Notice, EDEN alleges that Westak, Inc. has failed to conduct an adequate Level 1 status evaluation and has also failed to submit a Level 1 ERA report by uploading it into the SMARTS system.

2. Failure to Submit Level 2 ERA Action Plan

While in Level 1 status, the Facility again exceeded the Annual NAL for Copper for the reporting year 2016-17. These results elevated Westak, Inc. to Level 2 Status on July 1, 2017, pursuant to Section XII.D of the General Permit.

Pursuant to Section XII.D.1 of the General Permit, the Facility was required to have a QISP certify and submit via SMARTS a Level 2 ERA Action Plan that addresses each new Level 2 NAL exceedance at the Facility on or before January 1, 2018.

As of the date of this Notice, EDEN alleges that Westak, Inc. has failed to submit a Level 2 ERA Action Plan for the Facility by uploading it into the SMARTS system.

3. Failure to Submit Level 2 ERA Technical Report

Pursuant to Section XII.D.2 of the General Permit, on January 1 of the reporting year following the submittal of the Level 2 ERA Action Plan, a Discharger with Level 2 status shall certify and submit a Level 2 ERA Technical Report prepared by a QISP.

The Facility entered into Level 2 Status on July 1, 2017, thus requiring the Discharger to upload a Level 2 ERA Action plan on January 1, 2018, then a Level 2 ERA Technical Report on January 1, 2019.

As of the date of this Notice, EDEN alleges that Westak, Inc. has failed to submit a Level 2 ERA Technical Report for the Facility by uploading it into the SMARTS system.

*4.* Failure to Recertify Level 2 ERA Technical Report

Dischargers with Level 2 status who have submitted the Level 2 ERA Technical Report are only required to annually update the Level 2 ERA Technical Report based upon additional NAL/TNAL exceedances of the same parameter and same drainage area (if the original Level 2 ERA Technical Report contained an Industrial Activity BMP Demonstration and the implemented BMPs were expected to eliminate future NAL/TNAL exceedances in accordance with Section XII.D.2.a.ii), facility operational changes, pollutant source(s) changes, and/or information that becomes available via compliance activities (monthly visual observations, sampling results, annual evaluation, etc.) (Section XII.D.3.c)

The Discharger entered Level 2 Status for Copper on July 1, 2017, thus requiring the Discharger to upload a Level 2 ERA Action plan on January 1, 2018, then a Level 2 ERA Technical Report on January 1, 2019.

While in Level 2 for Copper the Discharger exceeded the NAL values for those parameters again during the 2017-18', 2018-19', 2019-20', 2021-22', 2022-23' and 2023-24' Reporting Years. This required the Discharger to update their Level 2 ERA Technical Report and consider the new exceedances by no later than January 1, 2019, 2020, 2021, 2023, 2024 and 2025 respectively.

As of the date of this Notice, EDEN alleges that Westak, Inc. has failed to submit an Updated Level 2 ERA Technical Report for the Facility by uploading it into the SMARTS system.

5. Failure to Submit Level 1 ERA Report (*pH 2023-24 RY*)

Based on the sample data summarized above, the Facility exceeded the Instantaneous Maximum NAL for pH twice during the 2023-24 Reporting Year. These results elevated Westak,

Inc. to Level 1 Status on July 1, 2024, pursuant to Section XII.C – Exceedance Response Actions -- of the General Permit.

Pursuant to Section XII(C)(2) of the General Permit, the Facility was required to have a QISP conduct an evaluation of the Facility by October 1, 2024, and to upload an adequate Level 1 ERA Report on or before January 1, 2025.

As of the date of this Notice, EDEN alleges that Westak, Inc. has failed to conduct an adequate Level 1 status evaluation and has also failed to submit a Level 1 ERA report by uploading it into the SMARTS system.

### ***F. Deficient BMP Implementation***

Sections I.C, V.A and X.C.1.b of the General Permit require Dischargers to identify and implement minimum and advanced Best Management Practices ("BMPs") that comply with the Best Available Technology ("BAT") and Best Conventional Pollutant Control Technology ("BCT") requirements of the General Permit to reduce or prevent discharges of pollutants in their storm water discharge in a manner that reflects best industry practice, considering technological availability and economic practicability and achievability.

EDEN alleges that Westak, Inc. has been conducting industrial activities at the site without adequate BMPs to prevent resulting non-storm water discharges. Non-storm water discharges resulting from these activities are not from sources that are listed among the authorized non-storm water discharges in the General Permit, and thus are always prohibited.

Westak, Inc.'s failure to develop and/or implement adequate BMPs and pollution controls to meet BAT and BCT at the Facility violates and will continue to violate the CWA and the Industrial General Permit each day the Facility discharges storm water without meeting BAT and BCT.

*Deficient BMP Implementation via Vehicular Track-Out*

On information and belief, EDEN alleges Westak's Facility contains on-going discharges of, among other things, (1) hazardous materials that are discharged onto paved surfaces at the Facility where they are picked up by storm water runoff and transported into nearby waterways, (2) hazardous materials are transported off-site by motor vehicles and foot traffic.

### ***G. Late-Filed Annual Report/Failure to File Annual Reports***

Westak, Inc. has failed to comply with Section XVI.A of the General Permit, which provides as follows: "The Discharger shall certify and submit via SMARTS an Annual Report no later than July 15th following each reporting year using the standardized format and checklists in SMARTS."

Westak, Inc.'s Annual Report for the reporting years 2015-16 through 2023-24 were due on or before July 15, of each reporting year. However, the Facility failed to file several Annual Reports before the due date. Below is a table of the Late Annual Reports:

| **Reporting Year** | **Date Due** | **Date Uploaded** | **Days Late** |
|---|---|---|---|
| 2016-17 | July 15, 2017 | NOT UPLOADED[9] | |
| 2017-18 | July 15, 2018 | Aug 21, 2018 | 37 Days |
| 2018-19 | July 15, 2019 | Aug 6, 2019 | 22 Days |
| 2021-22 | July 15, 2022 | Aug 5, 2022 | 18 Days |
| 2022-23 | July 15, 2023 | Aug 15, 2023 | 31 Days |

### H. ***Failure to Comply with Facility SWPPP***

Section 6.2 of the Facility SWPPP "Monitoring of Stormwater" indicates

*"A sample set will be collected twice as rain permits in July to December period and again two sets as rain permits collected in January to June Period."*

However, this is incorrect. According to the IGP the Discharger is required to collect and analyze storm water samples from two qualified storm events within the first half of each reporting year (July 1 to December 31) and two QSEs within the second half of each reporting year (January 1 to June 30).

Nevertheless, as detailed above, the Discharger missed collecting storm water samples in the reporting years 2015-16, 2017-18, 2018-19, 2019-20, 2020-21, 2021-22, and 2023-24.

### I. ***Failure to Properly Train Employees/Facility Pollution Prevention Team***

Section X.D.1 of the General Permit requires each Facility to establish a Pollution Prevention Team responsible for assisting with the implementation of the requirements of the General Permit. The Facility is also required to identify alternate team members to implement the SWPPP and conduct required monitoring when the regularly assigned Pollution Prevention Team members are temporarily unavailable (due to vacation, illness, out of town business, or other absences).

Section X.H.f of the General Permit also requires that each Facility ensure that all Pollution Prevention Team members implementing the various compliance activities of the

[9] The Discharger received a NNC for failure to upload the Annual Report by July 15, 2017

General Permit are properly trained in at least the following minimum requirements: BMP implementation, BMP effectiveness evaluations, visual observations, and monitoring activities. Further, if a Facility enters Level 1 status, appropriate team members must be trained by a QISP.

Based on the foregoing violations, it is clear that Westak, Inc. has either not properly established its Pollution Prevention Team, or has not adequately trained its Pollution Prevention Team, in violation of Sections X.D.1 and X.H.f of the General Permit.

Westak, Inc. may have had other violations that can only be fully identified and documented once discovery and investigation have been completed. Hence, to the extent possible, EDEN includes such violations in this Notice and reserves the right to amend this Notice, if necessary, to include such further violations in future legal proceedings.

## IV. THE PERSON OR PERSONS RESPONSIBLE FOR THE VIOLATIONS

The entities responsible for the alleged violations are Westak, Inc., as well as its corporate officers and employees of the Facility responsible for compliance with the CWA.

## V. THE DATE, DATES, OR REASONABLE RANGE OF DATES OF THE VIOLATIONS

The range of dates covered by this 60-day Notice is from at least July 15, 2015[10], to the date of this Notice. EDEN may from time to time update this Notice to include all violations which may occur after the range of dates covered by this Notice. Some of the violations are continuous in nature; therefore, each day constitutes a violation.

## VI. CONTACT INFORMATION

The entity giving this 60-day Notice is Eden Environmental Citizen's Group ("EDEN").

Aiden Sanchez
EDEN ENVIRONMENTAL CITIZEN'S GROUP
730 2nd Street #3135
Santa Rosa, CA 95402
Telephone: (707) 241-3529
Email: Edenenvcitizens@gmail.com (emailed correspondence is preferred)
Website: edenenvironmental.org

CRAIG A. BRANDT
Attorney at Law

[10] Beginning of the Reporting Year for Order 2014-0057-DWQ

5354 James Avenue
Oakland CA, 94618
Telephone: (510) 601-1309
Email: craigabrandt@att.net

To ensure proper response to this Notice, all communications should be addressed to EDEN's legal counsel, Mr. Craig A. Brandt.

## VII. RELIEF SOUGHT FOR VIOLATIONS OF THE CLEAN WATER ACT

CWA §§ 505(a)(1) and 505(f) provide for citizen enforcement actions against any "person," including individuals, corporations, or partnerships, for violations of NPDES permit requirements and for un-permitted discharges of pollutants. 33 U.S.C. §§ 1365(a)(1) and (f), §1362(5).

Pursuant to Section 309(d) of the Clean Water Act, 33 U.S.C. § 1319(d), and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Clean Water Act subjects the violator to a penalty for all violations occurring during the period commencing five (5) years prior to the date of the Notice Letter. **These provisions of law authorize civil penalties of $37,500.00 per day per violation for all Clean Water Act violations after January 12, 2009, and <u>$51,570.00 per day per violation for violations that occurred after November 2, 2015.</u>**

In addition to civil penalties, EDEN will seek injunctive relief preventing further violations of the Clean Water Act pursuant to Sections 505(a) and (d), 33 U.S.C. § 1365(a) and (d), declaratory relief, and such other relief as permitted by law.

**Lastly, pursuant to Section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d) and California Code of Civil Procedure §1021.5, EDEN will seek to recover its pre and post-litigation costs, including all attorneys' and experts' fees and costs incurred** (see *Southern California Alliance of Publicly Owned Treatment Works v. U.S. Environmental Protection Agency* (9th Cir. 2017) 853 F.3d 1076; *Vasquez v. State of California* (2008) 45 Cal.4th 243).

## VIII. CONCLUSION

The CWA specifically provides a 60-day notice period to promote resolution of disputes. EDEN encourages Westak, Inc.'s counsel to contact **<u>EDEN's counsel</u>** within 20 days of receipt of this Notice to initiate a discussion regarding the violations detailed herein. Please do not contact EDEN directly.

During the 60-day notice period, EDEN is willing to discuss effective remedies for the violations; however, if Westak, Inc. wishes to pursue such discussions in the absence of litigation, it is suggested those discussions be initiated soon so that they may be completed before the end of the 60-day notice period. EDEN reserves the right to file a lawsuit if discussions are continuing when the notice period ends.

Very truly yours,

AIDEN SANCHEZ
Eden Environmental Citizen's Group

Copies to:

Lee Zeldin
U.S. Environmental Protection Agency:
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Josh F.W. Cook
Regional Administrator, U.S. EPA – Region 9
75 Hawthorne Street
San Francisco, CA, 94105

Eileen White
SF Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 01/06/16 | Copper, Total | mg/L | 0.04 | | 1,2,3,4,5 |
| 01/06/16 | Nickel, Total | mg/L | 0.004 | | 1,2,3,4,5 |
| 01/06/16 | Oil and Grease | mg/L | 1.500 | 25 | 1,2,3,4,5 |
| 01/06/16 | Total Suspended Solids (TSS) | mg/L | 1.50 | 400 | 1,2,3,4,5 |
| 01/06/16 | pH | SU | 7.890 | <6 or >9 | 1,2,3,4,5 |
| 01/06/16 | Copper, Total | mg/L | 0.050 | | 6,7,8,9,10 |
| 01/06/16 | pH | SU | 7.020 | <6 or >9 | 6,7,8,9,10 |
| 01/06/16 | Nickel, Total | mg/L | 0.008 | | 6,7,8,9,10 |
| 01/06/16 | Oil and Grease | mg/L | 1.900 | 25 | 6,7,8,9,10 |
| 01/06/16 | Total Suspended Solids (TSS) | mg/L | 2.800 | 400 | 6,7,8,9,10 |
| 03/07/16 | pH | SU | 8.50 | <6 or >9 | 1,2,3,4,5 |
| 03/07/16 | Copper, Total | mg/L | 0.02 | | 1,2,3,4,5 |
| 03/07/16 | Nickel, Total | mg/L | 0.00 | | 1,2,3,4,5 |
| 03/07/16 | Total Suspended Solids (TSS) | mg/L | 1.000 | 400 | 1,2,3,4,5 |
| 03/07/16 | Copper, Total | mg/L | 0.038 | | 6,7,8,9,10 |
| 03/07/16 | pH | SU | 8.500 | <6 or >9 | 6,7,8,9,10 |
| 03/07/16 | Total Suspended Solids (TSS) | mg/L | 0.300 | 400 | 6,7,8,9,10 |
| 03/07/16 | Nickel, Total | mg/L | 0.006 | | 6,7,8,9,10 |
| 03/07/16 | Oil and Grease | mg/L | 0.000 | 25 | 6,7,8,9,10 |
| 03/07/16 | Oil and Grease | mg/L | 0.000 | 25 | 1,2,3,4,5 |
| | **RY 2015-2016 Averages** | | | | |

IGP Exceedance
Basin Plan
Both

| Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|
| Copper, Total | mg/L | **0.039** | 0.033 | 0.009 |
| Nickel, Total | mg/L | 0.005 | 1.020 | 0.062 |
| Oil and Grease | mg/L | 0.85 | 15.00 | n/a |
| pH | SU | 7.98 | <6 or >9 | n/a |
| Total Suspended Solids (TSS) | mg/L | 1.40 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 10/28/16 | Copper, Total | mg/L | 0.12 | | 1,2,3,4,5 |
| 10/28/16 | Nickel, Total | mg/L | 0.011 | | 1,2,3,4,5 |
| 10/28/16 | Oil and Grease | mg/L | 2.000 | 25 | 1,2,3,4,5 |
| 10/28/16 | Total Suspended Solids (TSS) | mg/L | 9.50 | 400 | 1,2,3,4,5 |
| 10/28/16 | pH | SU | 5.800 | <6 or >9 | 1,2,3,4,5 |
| 10/28/16 | Total Suspended Solids (TSS) | mg/L | 2.00 | 400 | 6,7,8,9,10 |
| 10/28/16 | Copper, Total | mg/L | 0.13 | | 6,7,8,9,10 |
| 10/28/16 | Nickel, Total | mg/L | 0.00 | | 6,7,8,9,10 |
| 10/28/16 | pH | SU | 7.500 | <6 or >9 | 6,7,8,9,10 |
| 12/09/16 | Nickel, Total | mg/L | 0.012 | | 1,2,3,4,5 |
| 12/09/16 | pH | SU | 5.300 | <6 or >9 | 1,2,3,4,5 |
| 12/09/16 | Oil and Grease | mg/L | 2.400 | 25 | 1,2,3,4,5 |
| 12/09/16 | Total Suspended Solids (TSS) | mg/L | 9.900 | 400 | 1,2,3,4,5 |
| 12/09/16 | Copper, Total | mg/L | 0.150 | | 6,7,8,9,10 |
| 12/09/16 | Nickel, Total | mg/L | 0.016 | | 6,7,8,9,10 |
| 12/09/16 | pH | SU | 7.900 | <6 or >9 | 6,7,8,9,10 |
| 12/09/16 | Oil and Grease | mg/L | 0.000 | 25 | 1,2,3,4,5 |
| 12/09/16 | Total Suspended Solids (TSS) | mg/L | 6.400 | 400 | 6,7,8,9,10 |
| 12/09/16 | Copper, Total | mg/L | 0.200 | | 1,2,3,4,5 |
| 02/07/17 | Nickel, Total | mg/L | 0.007 | | 6,7,8,9,10 |
| 02/07/17 | Oil and Grease | mg/L | 3.300 | 25 | 6,7,8,9,10 |
| 02/07/17 | pH | SU | 8.200 | <6 or >9 | 6,7,8,9,10 |
| 02/07/17 | Total Suspended Solids (TSS) | mg/L | 1.600 | 400 | 6,7,8,9,10 |
| 02/07/17 | Copper, Total | mg/L | 0.027 | | 6,7,8,9,10 |
| 02/07/17 | pH | SU | 8.00 | <6 or >9 | 1,2,3,4,5 |
| 02/07/17 | Nickel, Total | mg/L | 0.003 | | 1,2,3,4,5 |
| 02/07/17 | Oil and Grease | mg/L | 3.40 | 25 | 1,2,3,4,5 |
| 02/07/17 | Total Suspended Solids (TSS) | mg/L | 1.300 | 400 | 1,2,3,4,5 |
| 02/07/17 | Copper, Total | mg/L | 0.033 | | 1,2,3,4,5 |
| 02/20/17 | pH | SU | 8.000 | <6 or >9 | 6,7,8,9,10 |
| 02/20/17 | Total Suspended Solids (TSS) | mg/L | 2.000 | 400 | 6,7,8,9,10 |
| 02/20/17 | Oil and Grease | mg/L | 1.400 | 25 | 6,7,8,9,10 |
| 02/20/17 | Copper, Total | mg/L | 0.027 | | 6,7,8,9,10 |
| 02/20/17 | Nickel, Total | mg/L | 0.017 | | 6,7,8,9,10 |
| 02/20/17 | Copper, Total | mg/L | 0.024 | | 1,2,3,4,5 |

| | | | | | |
|---|---|---|---|---|---|
| 02/20/17 | Oil and Grease | mg/L | 1.600 | 25 | 1,2,3,4,5 |
| 02/20/17 | Total Suspended Solids (TSS) | mg/L | 1.800 | 400 | 1,2,3,4,5 |
| 02/20/17 | pH | SU | 8.100 | <6 or >9 | 1,2,3,4,5 |
| 02/20/17 | Nickel, Total | mg/L | 0.002 | | 1,2,3,4,5 |

**RY 2016-2017 Averages**

IGP Exceedance
Basin Plan
Both

| Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|
| Copper, Total | mg/L | **0.089** | 0.033 | 0.009 |
| Nickel, Total | mg/L | 0.009 | 1.020 | 0.062 |
| Oil and Grease | mg/L | 2.01 | 15.00 | n/a |
| pH | SU | 7.35 | <6 or >9 | n/a |
| Total Suspended Solids (TSS) | mg/L | 4.31 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 01/08/18 | Copper, Total | mg/L | 0.06 | | 1,2,3,4,5 |
| 01/08/18 | Nickel, Total | mg/L | 0.003 | | 1,2,3,4,5 |
| 01/08/18 | Oil and Grease | mg/L | 0.000 | 25 | 1,2,3,4,5 |
| 01/08/18 | pH | SU | 7.60 | <6 or >9 | 1,2,3,4,5 |
| 01/08/18 | Copper, Total | mg/L | 0.030 | | 6,7,8,9,10 |
| 01/08/18 | Oil and Grease | mg/L | 0.00 | 25 | 6,7,8,9,10 |
| 01/08/18 | Nickel, Total | mg/L | 0.00 | | 6,7,8,9,10 |
| 01/08/18 | Total Suspended Solids (TSS) | mg/L | 5.50 | 400 | 6,7,8,9,10 |
| 01/08/18 | pH | SU | 7.800 | <6 or >9 | 6,7,8,9,10 |
| 03/01/18 | Nickel, Total | mg/L | 0.002 | | 1,2,3,4,5 |

| | | | | | |
|---|---|---|---|---|---|
| 03/01/18 | pH | SU | 7.600 | <6 or >9 | 1,2,3,4,5 |
| 03/01/18 | Oil and Grease | mg/L | 1.600 | 25 | 1,2,3,4,5 |
| 03/01/18 | Total Suspended Solids (TSS) | mg/L | 2.800 | 400 | 1,2,3,4,5 |
| 03/01/18 | Copper, Total | mg/L | 0.056 | | 6,7,8,9,10 |
| 03/01/18 | Nickel, Total | mg/L | 0.005 | | 6,7,8,9,10 |
| 03/01/18 | Total Suspended Solids (TSS) | mg/L | 2.800 | 400 | 6,7,8,9,10 |
| 03/01/18 | pH | SU | 7.700 | <6 or >9 | 6,7,8,9,10 |
| 03/01/18 | Oil and Grease | mg/L | 2.200 | 25 | 6,7,8,9,10 |
| 03/01/18 | Copper, Total | mg/L | 0.066 | | 1,2,3,4,5 |

**RY 2017-2018 Averages**

IGP Exceedance
Basin Plan
Both

| Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|
| Copper, Total | mg/L | **0.054** | 0.033 | 0.009 |
| Nickel, Total | mg/L | 0.003 | 1.020 | 0.062 |
| Oil and Grease | mg/L | 0.95 | 15.00 | n/a |
| pH | SU | 7.68 | <6 or >9 | n/a |
| Total Suspended Solids (TSS) | mg/L | 3.70 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 11/29/18 | Copper, Total | mg/L | 0.33 | | 1,2,3,4,5 |
| 11/29/18 | Nickel, Total | mg/L | 0.005 | | 1,2,3,4,5 |
| 11/29/18 | Oil and Grease | mg/L | 2.200 | 25 | 1,2,3,4,5 |
| 11/29/18 | Total Suspended Solids (TSS) | mg/L | 26.00 | 400 | 1,2,3,4,5 |
| 11/29/18 | pH | SU | 7.400 | <6 or >9 | 1,2,3,4,5 |
| 11/29/18 | Oil and Grease | mg/L | 2.50 | 25 | 6,7,8,9,10 |
| 11/29/18 | Copper, Total | mg/L | 0.10 | | 6,7,8,9,10 |
| 11/29/18 | Nickel, Total | mg/L | 0.01 | | 6,7,8,9,10 |
| 11/29/18 | Total Suspended Solids (TSS) | mg/L | 7.400 | 400 | 6,7,8,9,10 |

| | | | | | |
|---|---|---|---|---|---|
| 11/29/18 | pH | SU | 7.600 | <6 or >9 | 6,7,8,9,10 |
| 01/15/19 | pH | SU | 7.600 | <6 or >9 | 6,7,8,9,10 |
| 01/15/19 | Copper, Total | mg/L | 0.340 | | 1,2,3,4,5 |
| 01/15/19 | Total Suspended Solids (TSS) | mg/L | 23.000 | 400 | 1,2,3,4,5 |
| 01/15/19 | Nickel, Total | mg/L | 0.022 | | 1,2,3,4,5 |
| 01/15/19 | Oil and Grease | mg/L | 4.100 | 25 | 1,2,3,4,5 |
| 01/15/19 | pH | SU | 7.500 | <6 or >9 | 1,2,3,4,5 |
| 01/15/19 | Copper, Total | mg/L | 0.150 | | 6,7,8,9,10 |
| 01/15/19 | Oil and Grease | mg/L | 4.900 | 25 | 6,7,8,9,10 |
| 01/15/19 | Total Suspended Solids (TSS) | mg/L | 62.000 | 400 | 6,7,8,9,10 |
| 01/15/19 | Nickel, Total | mg/L | 0.030 | | 6,7,8,9,10 |
| 05/16/19 | Copper, Total | mg/L | 0.370 | | 6,7,8,9,10 |
| 05/16/19 | Nickel, Total | mg/L | 0.051 | | 6,7,8,9,10 |
| 05/16/19 | pH | SU | 7.400 | <6 or >9 | 6,7,8,9,10 |
| 05/16/19 | Oil and Grease | mg/L | 3.500 | 25 | 6,7,8,9,10 |
| 05/16/19 | Total Suspended Solids (TSS) | mg/L | 26 | 400 | 1,2,3,4,5 |
| 05/16/19 | pH | SU | 7.00 | <6 or >9 | 1,2,3,4,5 |
| 05/16/19 | Copper, Total | mg/L | 0.250 | | 1,2,3,4,5 |
| 05/16/19 | Nickel, Total | mg/L | 0.01 | | 1,2,3,4,5 |
| 05/16/19 | Oil and Grease | mg/L | 4.700 | 25 | 1,2,3,4,5 |
| 05/16/19 | Total Suspended Solids (TSS) | mg/L | 18.000 | 400 | 6,7,8,9,10 |

**RY 2018-2019 Averages**

IGP Exceedance
Basin Plan
Both

| Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|
| Copper, Total | mg/L | **0.240** | 0.033 | 0.009 |
| Nickel, Total | mg/L | 0.022 | 1.020 | 0.062 |
| Oil and Grease | mg/L | 3.65 | 15.00 | n/a |
| pH | SU | 7.42 | <6 or >9 | n/a |
| Total Suspended Solids (TSS) | mg/L | 27.07 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 12/04/19 | Copper, Total | mg/L | 0.06 | | 1274 |
| 12/04/19 | Nickel, Total | mg/L | 0.002 | | 1274 |
| 12/04/19 | Oil and Grease | mg/L | 4.200 | 25 | 1274 |
| 12/04/19 | pH | SU | 7.00 | <6 or >9 | 1274 |
| 12/04/19 | Total Suspended Solids (TSS) | mg/L | 3.800 | 400 | 1274 |
| 12/04/19 | Oil and Grease | mg/L | 1.60 | 25 | 1276 |
| 12/04/19 | Copper, Total | mg/L | 0.10 | | 1276 |
| 12/04/19 | Nickel, Total | mg/L | 0.01 | | 1276 |
| 12/04/19 | Total Suspended Solids (TSS) | mg/L | 4.200 | 400 | 1276 |
| 12/04/19 | pH | SU | 7.000 | <6 or >9 | 1276 |
| 01/16/20 | Total Suspended Solids (TSS) | mg/L | 3.900 | 400 | 1274 |
| 01/16/20 | Copper, Total | mg/L | 0.100 | | 1276 |
| 01/16/20 | pH | SU | 6.800 | <6 or >9 | 1276 |
| 01/16/20 | Nickel, Total | mg/L | 0.005 | | 1276 |
| 01/16/20 | Oil and Grease | mg/L | 4.200 | 25 | 1276 |
| 01/16/20 | Total Suspended Solids (TSS) | mg/L | 9.700 | 400 | 1276 |
| 01/16/20 | Copper, Total | mg/L | 0.051 | | 1274 |
| 01/16/20 | Oil and Grease | mg/L | 2.800 | 25 | 1274 |
| 01/16/20 | pH | SU | 6.900 | <6 or >9 | 1274 |
| 01/16/20 | Nickel, Total | mg/L | 0.002 | | 1274 |

**RY 2019-2020 Averages**

| IGP Exceedance / Basin Plan / Both | Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|---|
| | Copper, Total | mg/L | **0.078** | 0.033 | 0.009 |
| | Nickel, Total | mg/L | 0.004 | 1.020 | 0.062 |
| | Oil and Grease | mg/L | 3.20 | 15.00 | n/a |
| | pH | SU | 6.93 | <6 or >9 | n/a |
| | Total Suspended Solids (TSS) | mg/L | 5.40 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 12/27/20 | Copper, Total | mg/L | 0.04 | | 1272 |
| 12/27/20 | pH | SU | 6.600 | <6 or >9 | 1272 |
| 12/27/20 | Oil and Grease | mg/L | 0.000 | 25 | 1272 |
| 12/27/20 | Total Suspended Solids (TSS) | mg/L | 0.00 | 400 | 1272 |
| 12/27/20 | Nickel, Total | mg/L | 0.000 | | 1272 |
| 12/27/20 | Oil and Grease | mg/L | 0.00 | 25 | 1274 |
| 12/27/20 | Copper, Total | mg/L | 0.02 | | 1274 |
| 12/27/20 | Nickel, Total | mg/L | 0.00 | | 1274 |
| 12/27/20 | Total Suspended Solids (TSS) | mg/L | 0.000 | 400 | 1274 |
| 12/27/20 | pH | SU | 6.500 | <6 or >9 | 1274 |
| | **RY 2020-2021 Averages** | | | | |

IGP Exceedance
Basin Plan
Both

| Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|
| Copper, Total | mg/L | **0.0295** | 0.033 | 0.009 |
| Nickel, Total | mg/L | 0.000 | 1.020 | 0.062 |
| Oil and Grease | mg/L | 0.00 | 15.00 | n/a |
| pH | SU | 6.55 | <6 or >9 | n/a |
| Total Suspended Solids (TSS) | mg/L | 0.00 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 12/13/21 | pH | mg/L | 4.35 | <6 or >9 | 1276A |
| 12/13/21 | Total Suspended Solids (TSS) | mg/L | 0.000 | 400 | 1276A |
| 12/13/21 | Oil and Grease | mg/L | 0.000 | 25 | 1276A |
| 12/13/21 | Nickel, Total | mg/L | 0.01 | | 1276A |

| | | | | | |
|---|---|---|---|---|---|
| 12/13/21 | Copper, Total | mg/L | 1.600 | | 1276A |
| 12/13/21 | Oil and Grease | mg/L | 0.00 | 25 | 1272B |
| 12/13/21 | pH | SU | 4.98 | <6 or >9 | 1272B |
| 12/13/21 | Total Suspended Solids (TSS) | mg/L | 8.00 | 400 | 1272B |
| 12/13/21 | Nickel, Total | mg/L | 0.005 | | 1272B |
| 12/13/21 | Copper, Total | mg/L | 1.100 | | 1272B |
| 12/28/21 | pH | SU | 6.750 | <6 or >9 | 1276A |
| 12/28/21 | Nickel, Total | mg/L | 0.000 | | 1276A |
| 12/28/21 | Total Suspended Solids (TSS) | mg/L | 0.000 | 400 | 1276A |
| 12/28/21 | Copper, Total | mg/L | 0.150 | | 1276A |
| 12/28/21 | Oil and Grease | mg/L | 0.000 | 25 | 1276A |
| 12/28/21 | pH | SU | 6.490 | <6 or >9 | 1272B |
| 12/28/21 | Copper, Total | mg/L | 0.170 | | 1272B |
| 12/28/21 | Oil and Grease | mg/L | 0.000 | 25 | 1272B |
| 12/28/21 | Total Suspended Solids (TSS) | mg/L | 0.000 | 400 | 1272B |

**RY 2021-2022 Averages**

IGP Exceedance
Basin Plan
Both

| Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|
| Copper, Total | mg/L | **0.7550** | 0.033 | 0.009 |
| Nickel, Total | mg/L | 0.004 | 1.020 | 0.062 |
| Oil and Grease | mg/L | 0.00 | 15.00 | n/a |
| pH | SU | 5.64 | <6 or >9 | n/a |
| Total Suspended Solids (TSS) | mg/L | 2.00 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 12/01/22 | pH | SU | 6.68 | <6 or >9 | 1276 |
| 12/01/22 | Total Suspended Solids (TSS) | mg/L | 4.000 | 400 | 1276 |
| 12/01/22 | Copper, Total | mg/L | 0.097 | | 1276 |
| 12/01/22 | Nickel, Total | mg/L | 0.00 | | 1276 |
| 12/01/22 | Oil and Grease | mg/L | 0.000 | 25 | 1276 |
| 12/01/22 | Nickel, Total | mg/L | 0.00 | | 1274 |

| | | | | | |
|---|---|---|---|---|---|
| 12/01/22 | pH | SU | 6.73 | <6 or >9 | 1274 |
| 12/01/22 | Copper, Total | mg/L | 0.11 | | 1274 |
| 12/01/22 | Oil and Grease | mg/L | 0.000 | 25 | 1274 |
| 12/27/22 | pH | SU | 7.270 | <6 or >9 | 1274 |
| 12/27/22 | Total Suspended Solids (TSS) | mg/L | 4.000 | 400 | 1274 |
| 12/27/22 | Nickel, Total | mg/L | 0.000 | | 1274 |
| 12/27/22 | Oil and Grease | mg/L | 0.000 | 25 | 1274 |
| 12/27/22 | Copper, Total | mg/L | 0.062 | | 1274 |
| 12/27/22 | pH | SU | 6.800 | <6 or >9 | 1276 |
| 12/27/22 | Total Suspended Solids (TSS) | mg/L | 3.000 | 400 | 1276 |
| 12/27/22 | Copper, Total | mg/L | 0.080 | | 1276 |
| 12/27/22 | Nickel, Total | mg/L | 0.001 | | 1276 |
| 12/27/22 | Oil and Grease | mg/L | 0.000 | 25 | 1276 |
| 01/05/23 | pH | SU | 6.720 | <6 or >9 | 1276 |
| 01/05/23 | Total Suspended Solids (TSS) | mg/L | 3.000 | 400 | 1276 |
| 01/05/23 | Nickel, Total | mg/L | 0.001 | | 1276 |
| 01/05/23 | Copper, Total | mg/L | 0.067 | | 1276 |
| 01/05/23 | Oil and Grease | mg/L | 0 | 25 | 1276 |
| 01/05/23 | Nickel, Total | mg/L | 0.00 | | 1274 |
| 01/05/23 | pH | SU | 6.830 | <6 or >9 | 1274 |
| 01/05/23 | Total Suspended Solids (TSS) | mg/L | 3.00 | 400 | 1274 |
| 01/05/23 | Copper, Total | mg/L | 0.046 | | 1274 |
| 01/05/23 | Oil and Grease | mg/L | 0.000 | 25 | 1274 |
| 02/28/23 | Nickel, Total | mg/L | 0.012 | | 1276 |
| 02/28/23 | Copper, Total | mg/L | 0.052 | | 1276 |
| 02/28/23 | Total Suspended Solids (TSS) | mg/L | 1.000 | 400 | 1276 |
| 02/28/23 | Oil and Grease | mg/L | 0.000 | 25 | 1276 |
| 02/28/23 | pH | SU | 6.900 | <6 or >9 | 1276 |
| 02/28/23 | Total Suspended Solids (TSS) | mg/L | 0.000 | 400 | 1272 |
| 02/28/23 | Copper, Total | mg/L | 0.041 | | 1272 |
| 02/28/23 | Nickel, Total | mg/L | 0.010 | | 1272 |
| 02/28/23 | pH | SU | 7.170 | <6 or >9 | 1272 |
| 02/28/23 | Oil and Grease | mg/L | 0.000 | 25 | 1272 |

**RY 2022-2023 Averages**

IGP Exceedance
Basin Plan
Both

| **Contaminant** | **Unit** | **Value** | **NAL Benchmark** | **Basin Plan (*1hr average*)** |
|---|---|---|---|---|
| Copper, Total | mg/L | **0.0694** | 0.033 | 0.009 |

| | | | | |
|---|---|---|---|---|
| Nickel, Total | mg/L | 0.004 | 1.020 | 0.062 |
| Oil and Grease | mg/L | 0.00 | 15.00 | n/a |
| pH | SU | 6.89 | <6 or >9 | n/a |
| Total Suspended Solids (TSS) | mg/L | 2.57 | 100.00 | n/a |

| Sample Date | Parameter | Units | Result | IGP NAL average/ instantaneous Value[1] | Sample Location |
|---|---|---|---|---|---|
| 12/20/23 | Oil and Grease | mg/L | 0.00 | 25 | 1272 |
| 12/20/23 | pH | SU | 6.690 | <6 or >9 | 1272 |
| 12/20/23 | Total Suspended Solids (TSS) | mg/L | 0.500 | 400 | 1272 |
| 12/20/23 | Copper, Total | mg/L | 0.11 | | 1272 |
| 12/20/23 | Nickel, Total | mg/L | 0.000 | | 1272 |
| 12/20/23 | Total Suspended Solids (TSS) | mg/L | 2.00 | 400 | 1276 |
| 12/20/23 | Oil and Grease | mg/L | 0.00 | 25 | 1276 |
| 12/20/23 | pH | SU | 4.27 | <6 or >9 | 1276 |
| 12/20/23 | Copper, Total | mg/L | 0.100 | | 1276 |
| 12/20/23 | Nickel, Total | mg/L | 0.000 | | 1276 |
| 01/23/24 | Oil and Grease | mg/L | 0.000 | 25 | 1272 |
| 01/23/24 | Copper, Total | mg/L | 0.220 | | 1272 |
| 01/23/24 | pH | SU | 3.480 | <6 or >9 | 1272 |
| 01/23/24 | Total Suspended Solids (TSS) | mg/L | 2.000 | 400 | 1272 |
| 01/23/24 | Nickel, Total | mg/L | 0.002 | | 1272 |
| 01/23/24 | Oil and Grease | mg/L | 0.000 | 25 | 1276 |
| 01/23/24 | Total Suspended Solids (TSS) | mg/L | 0.500 | 400 | 1276 |
| 01/23/24 | Copper, Total | mg/L | 0.210 | | 1276 |
| 01/23/24 | pH | SU | 6.050 | <6 or >9 | 1276 |
| 01/23/24 | Nickel, Total | mg/L | 0.003 | | 1276 |
| 02/05/24 | Oil and Grease | mg/L | 0.000 | 25 | 1276 |
| 02/05/24 | pH | SU | 6.900 | <6 or >9 | 1276 |
| 02/05/24 | Copper, Total | mg/L | 0.250 | | 1276 |
| 02/05/24 | Total Suspended Solids (TSS) | mg/L | 4.000 | 400 | 1276 |
| 02/05/24 | Nickel, Total | mg/L | 0.0034 | | 1272 |
| 02/05/24 | Copper, Total | mg/L | 0.09 | | 1272 |
| 02/05/24 | Oil and Grease | mg/L | 0.000 | 25 | 1272 |

| | | | | | |
|---|---|---|---|---|---|
| 02/05/24 | pH | SU | 7.03 | <6 or >9 | 1272 |
| 02/05/24 | Total Suspended Solids (TSS) | mg/L | 5.000 | 400 | 1272 |
| 02/05/24 | Nickel, Total | mg/L | 0.010 | | 1276 |
| | RY 2023-2024 Averages | | | | |

| IGP Exceedance / Basin Plan / Both | Contaminant | Unit | Value | NAL Benchmark | Basin Plan (*1hr average*) |
|---|---|---|---|---|---|
| | Copper, Total | mg/L | **0.1628** | 0.033 | 0.009 |
| | Nickel, Total | mg/L | 0.003 | 1.020 | 0.062 |
| | Oil and Grease | mg/L | 0.00 | 15.00 | n/a |
| | pH | SU | 5.74 | <6 or >9 | n/a |
| | Total Suspended Solids (TSS) | mg/L | 2.33 | 100.00 | n/a |