Craig A. Brandt (SBN 133905)
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA 94618
Telephone: (510) 594-1356
Email: craigabrandt@att.net

Attorney for Plaintiff
EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WESTAK INTERNATIONAL SALES, INC., dba WESTAK, INC., a California corporation; and LOUISE SOPHIA CRISHAM, an individual, DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:25-cv-09865-TSH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§1251 et seq.)** |

No Defendant has filed an answer or a motion for summary judgement in this case. Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC hereby brings voluntarily dismisses with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), of all claims, causes of action, and parties, for the above-referenced matter.

Dated: November 20, 2025 Respectfully,

By: *__/s/_Craig A. Brandt*__________
Craig A. Brandt
Attorney for Plaintiff